**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**RONNIE RICE**,<br><br>Supervised Releasee | NO. 5: 97-CR-77 (HL)<br><br>RE: VIOLATION OF SUPERVISED RELEASE |

# O R D E R

RONNIE RICE, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a Preliminary Hearing/Detention Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Ms. Catherine Michelle Leek of the Federal Defenders Office. The government was represented by Assistant U. S. Attorney Tamara Jarrett.

On the issue of probable cause, the undersigned finds probable cause to believe that Mr. Rice has violated conditions of supervised release as alleged in numbered paragraphs 1 through 4 (inclusive) of the AMENDED PETITION FOR ACTION ON SUPERVISED RELEASE filed herein on December 29, 2008, on behalf of U. S. Probation Officer Kevin L. Mason.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE, *inter alia*, that the **SUPERVISED RELEASEE** possessed cocaine on or about December 23, 2008. He has a history of substance abuse going back to age 15; he is now 50 years old. Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of a Final Revocation Hearing, the undersigned finding that he poses both a danger to the community because of continued drug usage and a serious risk of flight because of the chance of returning to prison.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the district judge to whom this case is assigned for a FINAL HEARING as directed by that judge.  The Clerk of Court is directed to forward this order and the within file to the appropriate district judge for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 30th day of DECEMBER, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE